**No. 41498.**—Protest 785961–G of Nippon Trading Co. (San Francisco).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 39847 coaster sets were held dutiable as household utensils or hollow ware at 40 percent under paragraph 339. On the authority of *Woolworth* v. *United States* (T. D. 47647) the incense in question was held free of duty under paragraph 1703 as claimed.

**No. 41499.**—Protest 932787–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of thermometers, soap boxes, razor case, and shaving brush holder chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. Abstract 39852 and *Rice* v. *United States* (T. D. 49373), *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816), and *United States* v. *Friedlaender* (id. 103, T. D. 46445) cited.

**No. 41500.**—Protest 940964–G of Haruta & Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of plated paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 50 percent under paragraph 339 was therefore sustained.

**No. 41501.**—Protests 976238–G, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the marcel irons were held dutiable at 40 percent under paragraph 339. Abstract 38680 followed. Brass shells similar to those the subject of Abstract 37615 were held dutiable at 35 percent under paragraph 353 as claimed.

**No. 41502.**—Protest 981707–G of Abraham & Straus, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise is a bottle set consisting of three bottles chiefly used in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained. *Viking Trading Co.* v. *United States* (C. D. 132) and *Rice* v. *United States* (T. D. 49373) cited.